Thursday, April 17, 2014

No. 14–0001/AR. U.S. v. George D. MacDonald. CCA 20091118. Appellee's motion for an increase to the page and word limits is denied.

No. 14–5005/AF. United States, Appellant v. Todd E. McDowell, Appellee and Christopher A. Demario, Real Party In Interest. CCA 2013–28. On consideration of the Real Party in Interest's motion for an extension of time to file an answer, it is ordered that said motion is hereby granted to April 28, 2014.

Friday, April 18, 2014

No. 14–5006 /AF & 14–0283/AF. United States, Appellee/Cross–Appellant v. Justin M. Piolunek, Appellant/Cross–Appellee. CCA 38099. Notice is hereby given that a certificate for review of the decision of the Air Force Court of Criminal Appeals and supporting brief were filed under Rule 22 on the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED IN FINDING THAT IMAGES 8308, 8313, AND 0870 DID NOT CONSTITUTE VISUAL DEPICTIONS OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT AS A MATTER OF LAW.

Appellant/Cross–Appellee will file a brief on both the issue granted review on April 1, 2014, and on the certified issue on or before May 19, 2014.

Appellee/Cross–Appellant will file a brief on the granted issue and may consolidate in that brief a reply to the brief of the Appellant/Cross–Appellee on the certified issue no later than 30 days after the filing of the brief of Appellant/Cross–Appellee.

Appellant/Cross–Appellee may file a reply brief on the granted issue no later than 10 days after the filing of the brief of Appellee/Cross–Appellant on the granted issue.